UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

In Re:                    ) Case No.: 16-08343
   Chareen B. Goodman     )
            Debtor.        ) Judge: Hon. Pamela Hollis
                          )
                          ) Chapter: 7
                          )
                          ) Date:  August 30, 2016
                          ) Time:  10:30 a.m.
                          ) Room: 644

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
JUL 06 2016
JEFFREY P. ALLSTEADT, CLERK

## NOTICE OF MOTION

TO: See Attached Service List

PLEASE TAKE NOTICE THAT ON August 30, 2016 at 10:30 a.m. or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Pamela Hollis or any other Bankruptcy Jude presiding in her place in Room 644, the courtroom usually occupied by said Judge, in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, IL 60604, and shall then and there present the accompanying motion. At that time and place you may attend if you so choose.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Motion was served to all parties on the attached Service List by U.S. first class mail postage prepaid on July 6, 2016.

*/s/ Chareen B. Goodman*
Chareen B. Goodman, Debtor/*Pro Se*

Chareen B. Goodman
4441 S. Indiana Ave., 1N
Chicago, IL 60653
(312) 498-7830

## SERVICE LIST

**Notified via US Postal Service First Class Mail**

**U.S. Trustee**
**Patrick S. Layng**
Office of the United States Trustee, Region 11
Dirksen Federal Building
219 South Dearborn, Room 873
Chicago, IL 60604

**Chapter 7 Trustee**
**Andrew J. Maxwell, ESQ**
Maxwell Law Group, LLC.
105 West Adams Street, Suite 3200
Chicago, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

In Re:  ) Case No.: 16-08343
Chareen B. Goodman  )
   Debtor.  ) Judge: Hon. Pamela Hollis
  )
  ) Chapter: 7
  )
  ) Date: August 30, 2016
  ) Time: 10:30 a.m.
  ) Room: 644

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
JUL 06 2016
JEFFREY P. ALLSTEADT, CLERK

## MOTION TO EXTEND TIME TO MAKE FINAL INSTALLMENT PAYMENT

Now comes Chareen B. Goodman, Debtor ("Ms. Goodman") pursuant to Fed. R. Bankr. P. 1006(b)(2) moves the Court for an extension of time to pay the final installment filing fee scheduled for payment on July 6, 2016, and states as follows:

Ms. Goodman is not able to make the final installment payment of $83.75 by the scheduled payment date and requests an extension of the payment deadline to August 12, 2016.

This extension is necessary because:

1. Ms. Goodman recently made her third installment payment of $83.75 on June 29, 2016.

2. Within the past two months, Ms. Goodman has incurred unplanned expenses in defense of her case and right to due process against illicit creditors by attending multiple hearings associated with her case.

3. Ms. Goodman incurred sizable and unexpected printing, copying and mailing costs and expenses related to two motions Ms. Goodman has filed against Select Portfolio Servicing, Inc. and Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-2, Asset-Backed Certificates, Series 2006-2 alleging to be the secured creditor of Ms. Goodman residential property.

1

4. Ms. Goodman is scheduled to file a response on August 12, 2016; making the final installment payment on this day would be economic and enable Ms. Goodman from having to incur additional expenses.

Pursuant to Fed. R. Bankr. P. 1006(b)(2), for cause show, the court may extend the time of any installment, provided the installment is paid not later than 180 days after filing the petition.

WHEREFORE, Ms. Goodman respectfully moves this Honorable Court to GRANT an extension of time, until August 12, 2016, for Ms. Goodman to make her final installment payment Pursuant to Fed. R. Bankr. P. 1006(b)(2).

*Chareen B. Goodman*
Chareen B. Goodman, Debtor/*Pro Se*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Motion to Extend Time to Make Final Installment Payment was served to all parties on the attached Service List by U.S. first class mail postage prepaid on July 6, 2016.

*Chareen B. Goodman*
Chareen B. Goodman, Debtor/*Pro Se*

Chareen B. Goodman
4441 S. Indiana Ave., 1N
Chicago, IL 60653
(312) 498-7830

2